UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXECUTIVE OFFICE OF IMMIGRATION ) <br> REVIEW, UNITED STATES CITIZEN AND ) <br> IMMIGRATION SERVICES, UNITED ) <br> STATES CUSTOMS AND BORDER ) <br> PROTECTION, and UNITED STATES ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT ) <br> ) <br> ) <br> Defendants. ) | No. 13 C 5546 <br><br> Judge Gottschall |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: s/ Abigail L. Peluso
 ABIGAIL L. PELUSO
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-5342
 abigail.peluso@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that she caused a copy of the following document:

### ATTORNEY DESIGNATION

to be served pursuant to the district court's ECF system as to ECF filers, if any, and served by *first-class* mail on the non-ECF filers listed below on August 26, 2013.

>   Jacqueline Stevens
>   Second Floor
>   601 University Place
>   Evanston, IL 60208

>   s/ Abigail L. Peluso
>   ABIGAIL L. PELUSO
>   Assistant United States Attorney
>   219 South Dearborn Street
>   Chicago, Illinois 60604
>   (312) 353.5342
>   abigail.peluso@usdoj.gov